WILLIAM H. ARMSTRONG, Appellant, *v.* LAKE CHAMPLAIN GRANITE COMPANY, Respondent.

(Submitted January 6, 1896; decided January 14, 1896.)

MOTION for re-argument denied, ten dollars costs. (See 147 N. Y. 495.)

---

ALBERT BAER, Appellant, *v.* CHARLES W. BONYNGE, Respondent.

(Submitted January 6, 1896; decided January 14, 1896.)

MOTION for re-argument denied, without costs. (See 147 N. Y. 393.)

---

PHILIP SCHUYLER, Respondent, *v.* ERNEST CURTIS et al., Appellants.

(Submitted January 6, 1896; decided January 14, 1896.)

MOTION for re-argument denied, without costs. (See 147 N. Y. 434.)